**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN P GINGRAS,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**COUNTY OF SACRAMENTO, CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM, AND METROVIEW CONSULTING,**<br><br>　　　　**Defendant(s).** | **Case No.: 12-CV-05509 YGR**<br><br>**ORDER VACATING HEARING** |

　　The Court has reviewed the papers submitted by the parties in connection with Defendants' Motions to Dismiss and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for January 29, 2013 is **VACATED**.

　　The Court will issue a written decision on the papers.

　　**IT IS SO ORDERED**.

**Date: January 24, 2013**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**