**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN P GINGRAS,** | Case No.: **12-CV-05509 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **COUNTY OF SACRAMENTO, CALIFORNIA** *et al.*, | |
| **Defendant(s).** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from March 18, 2013 to **Monday, May 13, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: March 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**