UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN P GINGRAS,** | Case No.: 12-CV-05509 YGR |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **COUNTY OF SACRAMENTO, CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM, AND METROVIEW CONSULTING,** | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from May 13, 2013 to **Monday, July 15, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

IT IS SO ORDERED.

Date: May 7, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE