**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN P. GINGRAS,** | Case No.: 12-CV-05509 YGR |
| **Plaintiff,** | **JUDGMENT** |
| vs. | |
| **COUNTY OF SACRAMENTO, CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM, and METROVIEW CONSULTING,** | |
| **Defendants.** | |

For the reasons set forth in the Court's Orders of Dismissal (see Dkt. Nos. 27 & 44), **IT IS ORDERED AND ADJUDGED THAT** Plaintiff shall take nothing, that the action be **DISMISSED** in accordance with the Court's Orders, and that each party bear its own fees and costs.

The clerk shall close the case file.

**IT IS SO ORDERED**.

Date: June 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**